

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

04/25/2011 01:30 PM

COURTROOM B, 5th Floor

**HONORABLE KAREN JENNEMANN**

| CASE NUMBER: | FILING DATE: |
|---|---|
| 6:10-bk-09695-KSJ    7 | 06/02/2010 |

**Chapter 7**

**DEBTOR:** GROJ of the West, Inc.

**DEBTOR ATTY:** Kenneth Herron

**TRUSTEE:** George Mills

**HEARING:**

1) Amended Motion for Substantive Consolidation. Filed by Yervant Cox (Doc# 48)
Joinder to Amended Motion for Substantive Consolidation. Filed by Richard B Webber II on behalf of Trustee (Doc #53)
Joinder in Motion for Substantive Consolidation. Filed by Maurice Arcadier on behalf of various creditors (Doc #55)
Joinder in Amended Motion for Substantive Consolidation. Filed by Creditor Maudlin International Trucks, Inc. (Doc #57)
Objection to Amended Motion for Substantive Consolidation and Incorporated Memorandum of Law. Filed by AD 192, Inc., et al. (Doc# 67)
Response to Objection to Amended Motion for Substantive Consolidation Filed by Creditor Yervant Cox (Doc #73)
Answer and Affirmative Defenses to Creditors' Amended Motion for Substantive Consolidation. Filed by Other Plaintiffs and Defendants AD 192, Inc., et al. (Doc #80)
Note: Con't from 04/20/11
Telephonic A**APPEARANCES:** (0405):
Stephen Grow: Whirlpool Corporation


APPEARANCES::
L. Todd Budgen: Yervant Cox
Tim Laffredi: U.S. Tee
John Emmanuel: Whirlpool
R. Scott Shuker: Appliance Direct Debtors
Justin Luna: Appliance Direct Debtors
Jason Klein: Appliance Direct Debtors
Principal of D'or

By Telephone:
Stephen Grow: Whirlpool

**RULING:**

1) STATUS CONFERENCE - Amended Motion for Substantive Consolidation. Filed by Yervant Cox (Doc# 48) - Con't to 05/26/11 at 1:30 p.m. (AOCNFNG) (30 mins.).

Any timely filed motions to convert will be set for 05/26/11 at 1:30 p.m. (Case Manager to Notice).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c).