UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

GROJ OF THE WEST, INC.,            Case No. 6:10-bk-09695-KSJ
                                                  Chapter 7

      Debtor.
_____/

**DEBTOR'S MOTION TO CONVERT**
**CASE TO A CASE UNDER CHAPTER 11**

GROJ of the West, Inc., the above-named Debtor, pursuant to Bankruptcy Code Section706(a), moves the Court for entry of an order converting this case to a case under Chapter 11 and says:

1.       This case was filed on June 2, 2010, as a case under Chapter 7.

2.       This case has not been previously converted under §§1112, 1208 or 1307 of Title 11.

3.       The Debtor is eligible to be a Debtor under Chapter 11.

<u>Relief Requested</u>

For the reasons stated above, the Debtor requests an order of this Court converting this case to a case under Chapter 11.

                                                                <u>/s/ Kenneth D. (Chip) Herron, Jr.</u>
                                                                Kenneth D. (Chip) Herron, Jr.
                                                                Florida Bar No. 699403
                                                                Wolff, Hill, McFarlin & Herron, P.A.
                                                                1851 W. Colonial Drive
                                                                Orlando, Florida 32804
                                                                Telephone: (407) 648-0058
                                                                Facsimile: (407) 648-0681
                                                                Email: kherron@whmh.com
                                                                Attorneys for Debtor

G:\5213\Motion to Convert to 11.wpd